UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 21-MJ-03095-AOR

IN RE SEALED APPLICATION
FOR AN ORDER PURSUANT TO
18 U.S.C. 2703(d)
_____/

## ORDER GRANTING MOTION FOR FURTHER JUDICIAL DIRECTION

The government filed a Notice and Request for Further Judicial Direction following the Court's entry of its Order Authorizing Destruction and Notice. (ECF Nos. 5, 6). The government explains that it cannot destroy the Information "in any form in which it is held by the government" as the Court previously ordered, (ECF No. 5 at 5), because the Information is likely located on disaster recovery tapes from which data cannot be granularly deleted. (ECF No. 6 at 2). The government also explains, in detail, how the Information has been destroyed in all physical forms and in any electronic form that is accessible to the government's investigative team. (*Id*. at 3).

In light of the foregoing, and considering the government's assurance that the disaster recovery tapes are accessible only by government IT staff and will be overwritten as a matter of course within approximately one year, (*Id*. at 2), the Court finds that the government has complied with its destruction obligations as previously ordered by the Court, (ECF No. 5). The Court further finds good cause to modify the Notification to the account holder of the Incorrect Email Account, and approves the form Notification attached to the Motion as Exhibit 1 (the "Revised Notification).

Accordingly, the Court hereby **ORDERS** that the Motion for Further Judicial Direction, (ECF No. 6), is **GRANTED**. The government shall send the Revised Notification, (ECF No. 6-1), to the subscriber of the Incorrect Email Account within two (2) days of receipt of this Order.

DONE AND ORDERED at Miami, Florida this 7th day of December 2021.

_____
CHRIS MCALILEY
UNITED STATES MAGISTRATE JUDGE